IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

MARSHALL COGMAN,                )
                                )
    Petitioner,                 )
                                )    CIVIL ACTION NO.
    v.                          )    2:18cv855-MHT
                                )         (WO)
WARDEN BENNETT, et al.,         )
                                )
    Respondents.                )

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The United States Magistrate Judge's recommendation (doc. no. 5) is adopted.

(2) The petition for writ of habeas corpus (doc. no. 1) is dismissed because the required permission has not been obtained from the Eleventh Circuit Court of Appeals.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 30th day of October, 2018.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE